UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEITH NIEMIC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 11-10863-JLT |
| | * | |
| HAROLD CLARKE, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

October 25, 2011

TAURO, J.

After reviewing the Parties' written submissions, this court hereby orders that Defendants' Motion for a More Definite Statement[#23] is ALLOWED for the reasons stated therein.

Plaintiff's Motion to Strike Defendants Motion for a More Definite Statement[#24] is thus DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge